IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIE CHRISTENSEN, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD & HOWARD ATTORNEYS, PLLC, <br><br> Defendant. | Case No. 20 CV 5051 <br><br> Judge Mary M. Rowland <br> Magistrate Judge Gabriel A. Fuentes |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this case **with prejudice**. The parties shall bear fees and costs as set forth in the Settlement Agreement, dated this August 20th, 2021. This stipulation is signed by all parties who have appeared in this case.

PATRICOSKI LAW OFFICE

By: /s/ Mark G. Patricoski

Mark G. Patricoski
PATRICOSKI LAW OFFICE
1755 S. Naperville Road
Telephone:   630.933.8000
mark@markpatlaw.com

Attorneys for Plaintiff
Jennie Christensen

EPSTEIN BECKER & GREEN, PC

By: /s/ James J. Oh

James J. Oh
Amardeep K. Bharj
Brenna R. McLean
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 3250
Chicago, IL  60606
Telephone:   312.499.1400
Facsimile:   312.845.1998
joh@ebglaw.com
abharj@ebglaw.com
brmclean@ebglaw.com

Attorneys for Defendant
Howard & Howard Attorneys PLLC

FIRM:53706207v1