# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jennie Christensen

Plaintiff,

v.                                                          Case No.: 1:20−cv−05051

Honorable Mary M. Rowland

Howard & Howard Attorneys PLLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the stipulation of dismissal, this case is dismissed with prejudice. The parties shall bear fees and costs as set forth in the Settlement Agreement, dated this August 20th 2021. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.